[No. 12537-1-I. Division One. September 23, 1985.]

WOLTER FABER, ET AL, *Respondents*, v. LOUIS P. TEKAVEC, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 82-2-00195-0, Marshall Forrest, J., entered November 24, 1982. *Affirmed* by unpublished opinion per Hopp, J. Pro Tem., concurred in by Coleman and Grosse, JJ.

[No. 14435-9-I. Division One. September 23, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD DEAN BERGSTROM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 83-1-00845-6, Frank L. Sullivan, J., entered February 8, 1984. *Affirmed* by unpublished opinion per Corbett, C.J., concurred in by Scholfield and Coleman, JJ.

[No. 7273-4-II. Division Two. September 25, 1985.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL CHARLES GRAVES, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 81-1-00560-8, John N. Skimas, J., entered August 12, 1983. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Worswick, C.J., and Reed, J.